UNION SQUARE PARK COMMUNITY COALITION, INC., et al., Appellants, v NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION et al., Respondents.

Submitted December 2, 2013; decided December 10, 2013

Motion by New York State Senator Liz Krueger et al. for leave to file a brief amici curiae on the appeal herein granted and the

proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.